## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 civ. 6454　　　　　　　　　　　　　　　　Purchased/Filed: July 16, 2007

STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT

RECEIVED AUG 0 2 2007 USDC-WP-SDNY

*Trustees of the District Council 9 Painting*

against

*Chelsea Development, Inc.*

STATE OF NEW YORK　　SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___July 20, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1, and Complaint

on ___Chelsea Development, Inc.___, the Defendant in this action, by delivering to and leaving with ___Donna Christie___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__　Approx. Wt: __145__　Approx. Ht: __5'5"__
Color of skin: __White__　Hair color: __Blonde__　Sex: __F__　Other: _____

Sworn to before me on this

24th day of _____July, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4698570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0706169

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179