# BARNES, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

9 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

September 24, 2007

*[Handwritten memo endorsement: "Application Granted – Conference rescheduled for November 2, 2007. So Ordered. Charles L. Brieant, USDJ 10/2/07"]*

FACSIMILE (914) 390-4085
Honorable Judge Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Trustees of the District Council 9, et al. v. Chelsea Development, Inc.
Docket No.: 07-CIV-6454 (CLB)
Initial Conference – Friday, September 28, 2007 at 9:00 a.m.

Dear Honorable Judge Brieant:

This office represents the plaintiffs in the above matter. This letter makes reference to the initial court conference scheduled for Friday, September 28, 2007 at 9:00 a.m.

This matter involves the enforcement of a Collective Bargaining Agreement, more specifically the Funds right to audit the books and records of an Employer. The defendant has agreed to allow and cooperate with an audit. The audit findings have been sent to the Employer and we are giving the Employer sufficient time to respond. If we do not get a response from the Employer by October 2, 2007, we will file a default judgment.

On consent, we respectfully request an adjournment of the initial court conference to a date in mid October 2007 that is mutually convenient to the Court. No prior requests for an adjournment have been made.

Kindly advise this office of the court's decision regarding our request.

Thank you for your assistance and courtesies.

Very truly yours,

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

Dawn Stefanik
Paralegal

cc: Chelsea Developmnet, Inc.