Brieant, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

                                                                                  Index No.: 07-CIV-6454 (CLB)

                                Plaintiffs,        **VOLUNTARY NOTICE**
                                                               **OF DISMISSAL & ORDER**

    -against-

CHELSEA DEVELOPMENT, INC.,

                                Defendants.
-----------------------------------------------------------------x

        Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: November 28, 2007
        Elmsford, New York

                                                               Dana L. Henke, Esq. (DLH3025)
                                                               Attorney for Plaintiff
                                                               258 Saw Mill River Road
                                                               Elmsford, New York 10523
                                                               (914) 592-1515

SO ORDERED   November 29, 2007

_____
Honorable Charles L. Brieant, U.S.D.J.

dated: